UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES BROWN (a/k/a "Breezy"), LIONELL THOMPSON (a/k/a "Mike"), CARLOS SADDLER (a/k/a "Goldie"), JYQUEZ GRANT, ▮▮▮▮▮▮ ▮▮▮▮▮▮ and AMY MANNING, Defendants. | ) ) ) ) ) ) |

Criminal No. 2:25-cr-95-1-2-3-4-5-6-7

## INDICTMENT

The Grand Jury charges:

### Count One

Between in or about July 2024 to in or about September 2025, in the District of Vermont and elsewhere, the defendants JAMES BROWN (a/k/a "Breezy"), LIONELL THOMPSON (a/k/a "Mike"), CARLOS SADDLER (a/k/a "Goldie"), JYQUEZ GRANT, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine and cocaine base, both Schedule II controlled substances.

JAMES BROWN's and LIONELL THOMPSON's conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 280 grams or more of a mixture and substance containing cocaine base.

▮▮▮▮▮▮▮▮▮▮▮▮ conduct as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of mixture and substance containing cocaine base.

JAMES BROWN's and JYQUEZ GRANT's conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved more than 500 grams of a mixture and substance containing a detectable amount of cocaine.

(21 U.S.C. §§ 846, 841(a), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C))

<u>Count Two</u>

On or about July 16, 2024, in the District of Vermont, the defendant LIONELL THOMPSON (a/k/a "Mike") knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Three

On or about July 26, 2024, in the District of Vermont, the defendant ███████ ███████████████ knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Four

On or about October 8, 2024, in the District of Vermont, the defendant LIONELL THOMPSON (a/k/a "Mike") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Five

On or about October 16, 2024, in the District of Vermont, the defendant LIONELL THOMPSON (a/k/a "Mike") knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Six

On or about January 30, 2025, in the District of Vermont, the defendant JAMES BROWN (a/k/a "Breezy") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Seven

On or about January 31, 2025, in the District of Vermont, the defendants JAMES BROWN (a/k/a "Breezy") ███████████ knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 18 U.S.C. § 2)

<u>Count Eight</u>

On or about February 20, 2025, in the District of Vermont, the defendants JAMES BROWN (a/k/a "Breezy") and JYQUEZ GRANT knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 18 U.S.C. § 2)

## Count Nine

On or about February 26, 2025, in the District of Vermont, the defendants LIONELL THOMPSON (a/k/a "Mike") ▮▮▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 18 U.S.C. § 2)

## Count Ten

On or about March 13, 2025, in the District of Vermont, the defendants JAMES BROWN (a/k/a "Breezy") and LIONELL THOMPSON (a/k/a "Mike") knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 18 U.S.C. § 2)

## Count Eleven

On or about March 25, 2025, in the District of Vermont, the defendant CARLOS SADDLER (a/k/a "Goldie") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Twelve

On or about March 27, 2025, in the District of Vermont, the defendant JAMES BROWN (a/k/a "Breezy") knowingly and intentionally distributed more than 28 grams of a mixture or substance which contained cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B))

## Count Thirteen

On or about April 2, 2025, in the District of Vermont, the defendants JAMES BROWN (a/k/a "Breezy") and LIONELL THOMPSON (a/k/a "Mike") knowingly and intentionally distributed more than 28 grams of a mixture and substance which contained cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), 18 U.S.C. § 2)

## Count Fourteen

On or about May 20, 2025, in the District of Vermont, the defendant AMY MANNING knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Fifteen

On or about August 12, 2025, in the District of Vermont, the defendant CARLOS SADDLER (a/k/a "Goldie") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Sixteen

Between February 18, 2025, and August 12, 2025, in the District of Vermont, the defendants CARLOS SADDLER (a/k/a "Goldie") and AMY MANNING did unlawfully and knowingly use a place located at 126 Granger Street, Rutland, Vermont, for the purpose of distributing cocaine base, a Schedule II controlled substance.

(21 U.S.C. § 856(a)(1))

## FORFEITURE NOTICE

1. The allegations contained in Counts One, Six, and Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, the defendants, JAMES BROWN (a/k/a "Breezy"), LIONELL THOMPSON (a/k/a "Mike"), CARLOS SADDLER (a/k/a "Goldie"), JYQUEZ GRANT, ▇▇▇▇▇▇▇▇▇▇▇▇ shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

    a) A 2022 BMW 4-Series M440i 2D Coupe bearing VIN number WBA83AP02NCJ44366.

3. If any forfeitable property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

(21 U.S.C. § 853)

A TRUE BILL

*Michael P. Drescher* by JMT
MICHAEL P. DRESCHER (JMT)
Acting United States Attorney
Rutland, Vermont
September 17, 2025